IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONES LANG LASALLE BROKERAGE, INC.,**<br>    **Plaintiff,**<br><br>        v.<br><br>**LIBERTY 1100 VA DR LLC,**<br>    **Defendant.** | CIVIL ACTION<br><br><br><br>NO.  24CV1175 |

## ORDER

**AND NOW**, this 13th day of February, 2025, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 23) and all responses and replies thereto (ECF Nos. 24, 25), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, J.**